# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES C. MARKOVSKY, EXECUTOR OF : No. 162 EAL 2015
THE ESTATE OF JAMES MARKOVSKY, :
DECEASED :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
CROWN CORK & SEAL CO., PENN :
CENTRAL CORPORATION AND :
CONSOLIDATED RAIL CORPORATION :
:
:
PETITION OF:  JAMES C. MARKOVSKY :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.